| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Mary H. Haas - Davis Wright Tremaine<br>865 South Figueroa St., Suite 2400<br>Los Angeles, CA 90017-2566 | 213-633-6800 | FILED<br>2012 MAY 29 PM 4:05<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY ___ |
| ATTORNEY FOR LIEN CLAIMANT: Hendricks & Lewis PLLC | | |

NAME OF COURT:
STREET ADDRESS: United States District Court, Central District of California
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

PLAINTIFF: GEORGE CLINTON

DEFENDANT: v.
NENE MONTES, et al.

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CASE NUMBER: 2:11-cv-10062-R-SH

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify): United States District Court, Central District California
   b. Name of case (specify): Hendricks & Lewis PLLC v. George Clinton, an individual
   c. Number of case (specify): 2:10-MC-309
   d. ☒ Date of entry of judgment (specify): 8/10/10
   e. ☐ Dates of renewal of judgment (specify):

4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   Hendricks & Lewis PLLC, 901 Fifth Avenue, Ste. 4100, Seattle, Washington 98164
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify):
   George Clinton, 1300 Hendrix Road, Tallahassee, Florida 32301-4904
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 1,405,276.55 including interest thru 05/25/12 plus $14.60 per diem thereafter

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

NOTICE  The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 05/25/12

Mary H. Haas, Esq. (SBN: 147770)
(TYPE OR PRINT NAME)            (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

CV-40 (12/03)
(AT-180, EJ-185 [New January 1, 1985])

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410
Page 1 of 1

AO 451 (Rev. 2/86) Certification of Judgment

Case 2:10-mc-00309-UA Document 1 Filed 08/10/10 Page 1 of 4 Page ID #:1

# United States District Court
WESTERN DISTRICT OF WASHINGTON

Hendricks & Lewis PLLC,
a Washington professional limited
liability company

V.

George Clinton, an individual

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

2:10-mc-309
Case Number: ~~CV10-0253-JCC~~

I, BRUCE RIFKIN, Clerk of this United States District Court certify that the attached amended judgment is a true and correct copy of the original amended judgment entered in this action on May 28, 2010, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in the Rule 4(a) of the Federal Rules of Appellate Procedure has been filed..

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 3, 2010.

BRUCE RIFKIN
*Clerk*

C. Ledesma, *Deputy Clerk*

[illegible receipt stamp in lower right corner]

011126

Case 2:10-mc-00309-UA   Document 1   Filed 08/10/10   Page 3 of 4   Page ID #:3
Case 2:10-cv-00253-JCC   Document 33   Filed 05/28/10   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,

Petitioner,

vs.

GEORGE CLINTON, an individual,

Respondent.

Case No. ~~C10-0253-JCC~~ 2:10-mc-309

AMENDED JUDGMENT

The Final Award dated February 4, 2010, issued in the matter of *Hendricks & Lewis, PLLC and George Clinton*, Case Number 75-194-Y-000102-09, before the American Arbitration Association, having been confirmed by Order of this Court on May 27, 2010, IT IS ADJUDGED that Petitioner Hendricks & Lewis, PLLC is awarded JUDGMENT in its favor as follows:

1. Final Judgment in favor of Hendricks & Lewis, PLLC and against Respondent George Clinton in the amount of $1,675,639.82.

2. The amount awarded by this Judgment shall accrue post-judgment interest at .38 percent, as provided in 28 U.S.C. § 1961, from the date of entry of this Judgment.

3. Petitioner Hendricks & Lewis, PLLC is awarded taxable costs against Respondent George Clinton.

//

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By *Consuelo O. Letona*
Deputy Clerk

JUDGMENT -- 1
{89915.DOC}

4. The Clerk shall enter Final Judgment in favor of Hendricks & Lewis, PLLC in accordance herewith.

DATED this 28th day of May, 2010.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

JUDGMENT -- 2
{89915.DOC}