Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000  Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO FRENCH LLP
1888 Century Park East
Suite 1520
Los Angeles, CA 90067
(310) 853-6355  Facsimile: (310) 853-6333

Special and Limited Appearance for Defendants
Armen Boladian, Westbound Records, Inc., and
Sync2Picture, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| GEORGE CLINTON,<br>            Plaintiff,<br><br>     vs.<br><br>NENE MONTES, an individual and d/b/a TERCER MUNDO, INC., a suspended Cal. Corp, CHARLY ACQUISITIONS, LTD, a Nevis private company, LICENSEMUSIC.COM, ApS, a Denmark private company, ARMEN BOLADIAN, an individual, WESTBOUND RECORDS, INC., a Mich. Corp., ACE RECORDS, LTD, a United Kingdom private company, UNION SQUARE MUSIC, LTD, a United Kingdom private company, SNAPPER MUSIC, LTD, a United Kingdom private company, ATOM MUSIC, LTD, an Ireland private company, ARTISTRY MUSIC, LTD,  a United Kingdom private company, SYNC2PICTURE, LLC, a Mich. limited liability company, X5 MUSIC | Case No. CV 11-10062-R (SH)<br><br>**(1)     REPLY IN SUPPORT OF DEFENDANTS ARMEN BOLADIAN, WESTBOUND RECORDS, INC., AND SYNC2PICTURE, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5) AND FED R. CIV. P  4(m) FOR INSUFFICIENT SERVICE OF PROCESS**<br><br>**(2)     MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Date: August 20, 2012**<br>**Time: 10:00 am**<br>**Judge: Hon. Manuel L. Real** |

GROUP, a Sweden private company,
         Defendants.

**Courtroom: 8- 2nd Floor**

      Defendants Armen Boladian, Westbound Records, Inc., and Sync2Picture, LLC (collectively, "Defendants"), by the special and limited appearance of the undersigned counsel, hereby submit this Reply in Support of their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and Fed. R. Civ. P. 4(m) for insufficient service of process. Defendants and their counsel make their special limited appearance before this Court without waiving their jurisdictional objections.

      Defendants' Motion to Dismiss is unopposed and should be deemed consented to by Plaintiff on the grounds that: Pursuant to L.R. 7-9, by July 31, 2012, Plaintiff was required to either file an opposition to Defendants' Motion <u>or</u> file a written statement that Plaintiff will not oppose the motion. Plaintiff did neither, and therefore pursuant to L.R. 7-12, Defendants' motion may be deemed consented to by Plaintiff.

      Accordingly, based on the foregoing, the accompanying Memorandum of Points and Authorities, the Declaration of Paul H. Duvall, Defendants' Motion to Dismiss, oral argument of counsel at the hearing on Defendant's Motion, the complete files and records in this action, and such additional matters as the Court may consider, Defendants respectfully request that the Court deem Defendants' Motion to Dismiss consented to by Plaintiff and therefore grant Defendants' Motion.

DATED: August 2, 2012

Respectfully submitted,

PAUL H. DUVALL
KING & BALLOW

By: _____/s/ Paul H. Duvall_____
        PAUL H. DUVALL

Special and Limited Appearance for Defendants Armen Boladian, Westbound Records, Inc., and Sync2Picture, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 16, 2012, Defendants Armen Boladian, Westbound Records, Inc., and Sync2Picture, LLC (collectively, "Defendants"), by the special and limited appearance of the undersigned counsel, filed a motion requesting dismissal of the underlying complaint for failure to complete process of service. DE 39. The Defendants have not been served and make their Motion to Dismiss and this Reply as a special limited appearance without waiving jurisdictional objections.

Pursuant to L.R. 7-9, the opposition to the Defendants' Motion to Dismiss was due on July 30, 2012 (21 days before the date designated for the hearing, August 20, 2012). To the best knowledge of the Defendants, no opposition has either been filed or served. (*See* Duvall Decl. at ¶ 2). Pursuant to L.R. 7-12, "the failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

Accordingly, Defendants respectfully request that the Court grant their Motion to Dismiss since the Motion is unopposed and in accordance with L.R. 7-12, the Court may deem consent if no opposition is filed.

/

/

/

/

- 2 -

DATED: August 2, 2012  Respectfully submitted,

PAUL H. DUVALL
KING & BALLOW

By: _____/s/ Paul H. Duvall_____
        PAUL H. DUVALL

Special and Limited Appearance for
Defendants Armen Boladian, Westbound
Records, Inc., and Sync2Picture, LLC

---

- 2 -
REPLY IN SUPPORT OF DEFENDANTS ARMEN BOLADIAN, WESTBOUND RECORDS, INC., AND
SYNC2PICTURE, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(5) AND 4(m)