# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-11-10062-R                                                **Date:** August 20, 2012

**TITLE:** GEORGE CLINTON V. NENE MONTES et al
==================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>**Kane Tien**</u>                                                <u>**Sheri Kleeger**</u>
**Deputy Clerk**                                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**

Larry Clough                                                Paul Duvall

**PROCEEDINGS:**   Plaintiff's motion to extend time to serve defendants (fld 7-17-12)
Defendants Armen Boladian, Westbound Records & Sync2Picture LLC's motion to dismiss for insufficient service of process (fld 7-18-12)

**The parties submit on the papers as filed.**

**The Court GRANTS Plaintiff's motion to extend time to serve defendants, and DENIES defendants Armen Boladian, Westbound Records & Sync2Picture LLC's motion to dismiss for insufficient service of process, for reasons stated on the record. Plaintiff has 10 days from today to serve the defendants.**

**Defendants' request to strike the declaration of Jane Peterer, attached to plaintiff's motion is hereby GRANTED.**

**Plaintiff shall submit a proposed order.**

<u>**2 min**</u>

**MINUTES FORM 90**                                        **Initials of Deputy Clerk  <u>KTI</u>**
**CIVIL -- GEN**