Paul H. Duvall (SBN 73699)
E-Mail:  pduvall@kingballow.com
**KING & BALLOW**
6540 Lusk Blvd., Suite 250
San Diego, CA  92121
(858) 597-6000  Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
**WARGO FRENCH LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
(310) 853-6300  Facsimile: (310) 853-6333

Attorneys for Defendants
Armen Boladian, Westbound Records, Inc., and
Sync2Picture, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GEORGE CLINTON,<br><br>                                Plaintiff,<br><br>        vs.<br><br>NENE MONTES, an individual and d/b/a TERCER MUNDO, INC., a suspended Cal. Corp, CHARLY ACQUISITIONS, LTD, a Nevis private company, LICENSEMUSIC.COM, ApS, a Denmark private company, ARMEN BOLADIAN, an individual, WESTBOUND RECORDS, INC., a Mich. Corp., ACE RECORDS, LTD, a United Kingdom private company, UNION SQUARE MUSIC, LTD, a United Kingdom private company, SNAPPER MUSIC, LTD, a United Kingdom private company, ATOM MUSIC, LTD, an Ireland private company, ARTISTRY MUSIC, LTD,  a United Kingdom private company, SYNC2PICTURE, LLC, a Mich. limited liability company, X5 MUSIC GROUP, a Sweden private company,<br><br>                                Defendants. | **Case No. CV 11-10062-R (SH)**<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br><br><br>Date:    **January 7, 2013**<br>Time:    **11:00 a.m.**<br>Judge:    **Hon. Manuel L. Real**<br>Courtroom:  **8- 2nd Floor** |

1          On January 7, 2013, the Court conducted an Order to Show Cause hearing why

2    this action should not be dismissed for lack of prosecution.  Paul H. Duvall, counsel for

3    Defendants Armen Boladian, Westbound Records, Inc., and Sync2Picture, LLC was

4    present and John J. Lucas, new counsel for Plaintiff, George Clinton, was present

5    substituting in as attorney of record instead of Larry H. Clough.  Larry H. Clough was

6    not present.

7          IT IS HEREBY ORDERED:

8          1.    The Complaint is dismissed without prejudice and the dismissal does not

9    affect the tolling of any and all applicable statutes of limitation; and

10         2.    Plaintiff has thirty days leave from January 7, 2013, to file an Amended

11   Complaint.

14   Dated this 25th day of January, 2013

_____

Honorable Manuel L. Real,
United States District Judge