# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-10062-R**                                              Date: **April 1, 2013**

**TITLE: GEORGE CLINTON V. NENE MONTES et al**
========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| | |
|---|---|
| **William Horrell** | **Sheri Kleeger** |
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    Daniel Rozansky                                       Paul Duvall
    John Lucas

**PROCEEDINGS:** Defendants' motion to dismiss (2-27-13)


      **The Court hears arguments of counsel.**

      **The Court GRANTS defendants' motion to dismiss, for reasons
as stated on the record.**

      **The Court will issue a proposed order.**


                                                                                    6 min


**MINUTES FORM 90**                                    **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**