| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | |

| 1. NAME<br>Paul H. Duvall | 2. PHONE NUMBER<br>858.597.6000 | 3. DATE<br>April 01, 2013 |
|---|---|---|
| 4. FIRM NAME: King & Ballow | 5. E-MAIL ADDRESS: sjohnson@kingballow.com | |
| 6. MAILING ADDRESS<br>6540 Lusk Boulevard, Suite 250 | 7. CITY<br>San Diego | 8. STATE CA / 9. ZIP CODE 92121 |
| 10. CASE NUMBER<br>CV 11-10062-R (SH) | 11. CASE NAME<br>GEORGE CLINTON vs. NENE MONTES, et al | 12. JUDGE<br>Hon. Manuel L Real |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☑ OTHER Motion To Dismiss | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| April 01, 2013 | Sheri Kleeger | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Motion To Dismiss |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

| (CERTIFICATION 17 & 18)<br>By signing the below, I certify that I will pay all charges (deposit plus additional). | 20. Month: April   Day: 01   Year: 2013<br>Transcript payment arrangements were made with: |
|---|---|
| 17. DATE: April 01, 2013 | NAME OF OFFICIAL: Sheri Kleeger |
| 18. SIGNATURE: /s/ Paul H. Duvall SBN 73699 | Payment of estimated transcript fees were sent on the following date:<br>Month: April   Day: 01   Year: 2013 |

G-120 (09/12)